# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-12-119-2 |
| ALEXANDER ORTEGA | § | |

**O R D E R**

Defendant Alexander Ortega filed a motion to withdraw and for appointment of new counsel, (Docket Entry No. 42). The motion is granted. The magistrate judge will appoint new counsel for the defendant. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 5, 2012 |
| Responses are to be filed by: | October 19, 2012 |
| Pretrial conference is reset to**:** | **October 22 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 29, 2012 at 9:00 a.m.** |

SIGNED on September 11, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge