IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-12-119-2 |
| | § | |
| ALEXANDER ORTEGA | § | |

**O R D E R**

Defendant Alexander Ortega filed an agreed motion to continue, (Docket Entry No. 55). The motion is granted. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
| --- | --- |
| Motions are to be filed by: | April 1, 2013 |
| Responses are to be filed by: | April 15, 2013 |
| Pretrial conference is reset to**:** | **April 22, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 29, 2013 at 9:00 a.m.** |

SIGNED on December 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge