**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-12-119-2 |
| ALEXANDER ORTEGA | § | |

**O R D E R**

Defendant Alexander Ortega filed an agreed motion to continue, (Docket Entry No. 58). The motion is granted. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 20, 2013 |
| Responses are to be filed by: | June 3, 2013 |
| Pretrial conference is reset to**:** | **June 10, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 17, 2013 at 9:00 a.m.** |

SIGNED on March 25, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge